THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. DONOVAN, Appellant. [964 NYS2d 55]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 15, 2012. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class D felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.